

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

Nos. 04-14-00860-CR & 04-14-00861-CR

Michael **MACIEL**,
Appellant

v.

The **STATE** of Texas, .
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2014CR4959B & 20144960B
Honorable Raymond Angelini, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, these appeals are DISMISSED.

SIGNED January 21, 2015.

Jason Pulliam, Justice